**Abatement Order filed November 20, 2019**



In The

# Fourteenth Court of Appeals

————————

NO. 14-18-00229-CR
NO. 14-18-00231-CR

————————

**TRAVION DEPAUL FOUNTAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 16-DCR-074044A and 16-DCR-074054A**

---

### ABATEMENT ORDER

Appellant Travion DePaul Fountain is represented by appointed counsel on appeal, Donald W. Bankston, in each of these cases. On November 5, 2019, counsel filed a motion to withdraw as appellate counsel in each of these cases because counsel has been appointed Associate Judge of the 268th District Court. Accordingly, we enter the following order in each of these cases.

1

We ORDER the judge of the 268th District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall appoint new appellate counsel for appellant in each of these cases. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders permitting counsel to withdraw and appointing new counsel for each of these cases. Those records shall be filed with the clerk of this court within **30 days** of the date of this order.

These appeals are abated, treated as closed cases, and removed from this court's active docket. The appeals will be reinstated on this court's active docket when the records are filed in this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.